# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

FRANK AND SHELLY PALOMBARO, et al.,  
    Plaintiffs,

vs.

EMERY FEDERAL CREDIT UNION,  
    Defendant.

Case No. 1:15-cv-792  
Dlott, J.  
Litkovitz, M.J.

**ORDER**

This matter is before the Court after a follow-up informal telephonic discovery hearing held on the record on November 10, 2016. Based on the matters discussed at this hearing, the Court hereby finds and/or orders the following:

1. As to Issues 3 and 7 concerning the production of mortgage loan policy and procedure manuals, defendant has represented that all the servers that were part of the former mortgage division have been searched and defendant will produce the additional policies that were discovered by **November 11, 2016**.

2. As to Issue 4 concerning production of emails, plaintiffs are **ORDERED** to submit to defendant a list of proposed additional custodians and search terms by **November 17, 2016**. Defendant is **ORDERED** to assess the expected cost and administrative burden of additional searches related to plaintiffs' submission. Once the parties have completed this process, they will inform the Court if this remains an area of dispute.

3. As to Issue 5 concerning pipeline and closing reports, defendant is **ORDERED** to produce the reports it has identified along with an affidavit establishing who was asked about these reports and what searches were performed in an attempt to locate them. Further, plaintiffs are **ORDERED** to provide defendant by **November 17, 2016** with a list of mortgage teams for which they are seeking information concerning

the volume of loans referred to Genuine Title. Defendant will then run LOS data from January 2011 through July 2013 and produce to plaintiffs the volume of loans for each month that each team referred to Genuine Title.

4. The parties are ordered to brief an additional dispute concerning plaintiffs' responses to defendant's second set of interrogatories pursuant to the following schedule:

    a. Defendant's initial brief by **November 28, 2016**;

    b. Plaintiffs' response brief by **December 16, 2016**;

    c. Defendant's reply brief by **December 23, 2016**.

5. The parties are **ORDERED** to file a proposed revised scheduling order by **December 16, 2016** unless they advise the Court that they will need more time beyond that date to resolve Issues 4 and 5.

**IT IS SO ORDERED.**

Date: 11/14/2016

Karen L. Litkovitz
United States Magistrate Judge