UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRANK AND SHELLY PALOMBARO, et al.,     Case No. 1:15-cv-792
   Plaintiffs,     Dlott, J.
    Litkovitz, M.J.
vs.

EMERY FEDERAL CREDIT UNION,     **ORDER**
   Defendant.

This matter is before the Court after a follow-up informal telephonic discovery hearing held on the record on November 29, 2016. Based on the matters discussed at this hearing, the Court hereby finds and/or orders the following:

1. As to Issue 4 concerning production of emails, the parties are **ORDERED** to finalize search terms by **December 6, 2016**. If the parties remain unable to agree on search terms by that date, they are **ORDERED** to submit their proposed search terms to the Court on **December 7, 2016** for the Court's resolution of this matter.

2. With respect to Issue 5 concerning pipeline and closing reports, defendant represents that while preparing the affidavit the Court ordered in paragraph three of its November 14, 2016 Order (Doc. 265), defendant found a set of documents that may contain the closing report information plaintiffs seek. Defendant further represents that it has provided plaintiffs with these documents. Plaintiffs are **ORDERED** to inform defendant by **November 30, 2016** whether these documents resolve Issue 5.

3. As to Issue 1 concerning production of copies of original loan documents, defendant represents that on October 26, 2016, it provided plaintiffs with a spreadsheet containing a list of the loans made during the relevant time period, pursuant to the Court's October 14, 2016 Order (Doc. 253 at 1). Plaintiffs are **ORDERED** by

**November 30, 2016** to provide defendant with a 5% sample for which defendant will produce copies of the original loan documents, as required by the Court's October 14 Order.

**IT IS SO ORDERED.**

Date: 11/29/16

Karen L. Litkovitz
United States Magistrate Judge