# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

FRANK AND SHELLY PALOMBARO, et al.,
    Plaintiffs,

vs.

EMERY FEDERAL CREDIT UNION,
    Defendant.

Case No. 1:15-cv-792
Dlott, J.
Litkovitz, M.J.

**SCHEDULING ORDER**

Pursuant to the parties' joint proposed scheduling order and following the discussion during the telephonic conference held on the record on December 20, 2016, this matter shall proceed as follows:

| | |
|---|---|
| • Deadline to file motion for class certification | February 6, 2017 |
| • Deadline to file opposition to class certification | March 17, 2017 |
| • Deadline to file class certification reply memorandum | April 10, 2017 |
| • Pre-class certification discovery cut-off | December 30, 2016 |
| • Post-class certification discovery cut-off | 120 days following class certification decision |

The date of the hearing on class certification will be determined at a later date.

    **IT IS SO ORDERED.**

Date: 1/11/2017

Karen L. Litkovitz
United States Magistrate Judge