IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

FRANK A. AND SHELLY PALOMBARO, *
JR., *et al.*,

                                  *     CASE No. 1:15-cv-00792-SJD

      Plaintiffs,

                                  *     Judge Susan J. Dlott

   v.                                 Magistrate Judge Karen L. Litkovitz

                                  *

EMERY FEDERAL CREDIT UNION,

                                  *

      Defendant.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFFS' MOTION TO SEAL EXHIBIT 39 TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

    Plaintiffs, by and through undersigned counsel, in accordance with the Stipulated Protective Order for the Protection of Confidential Information ("Confidentiality Order") entered in this case (ECF No. 233), hereby file this motion to seal Exhibit 39 to Plaintiffs' Motion for Class Certification, stating as follows:

1. On February 6, 2017, Plaintiffs filed a Motion for Class Certification, requesting that the Court certify the Emery Federal Credit Union Class (the "Emery Class").

2. Plaintiffs' Motion for Class Certification is supported by 39 exhibits.

3. Plaintiffs propose to file Exhibit 39 to the Motion for Class Certification under seal.

4. Plaintiffs' Exhibit 39 is a document that has been marked "Confidential" by Emery which was produced by Emery in discovery.

5. Based on this designation, Plaintiffs file this Motion to Seal pursuant to the terms of the Confidentiality Order entered in this case (ECF No. 233) to file Exhibit 39 under seal[1].

WHEREFORE, Plaintiffs request that this Honorable Court:

A. Grant Plaintiffs' Motion to Seal Exhibit 39 to Plaintiffs' Motion for Class Certification;

B. Order that Exhibit 39 to Plaintiffs' Motion for Class Certification be filed under seal; and

C. For such other and further relief as this cause may require.

Dated: February 7, 2017					Respectfully submitted,

/s/ Gregory M. Utter
Gregory M. Utter, Esq., #0032528
Keating Muething & Klekamp PLL
One East 4th Street, Suite 1400
Cincinnati, OH  45202
Phone:  (513) 579-6540
Fax:     (513) 579-6457
gmutter@kmklaw.com

/s/ Timothy F. Maloney
Timothy F. Maloney, Esq., admitted *Pro Hac Vice*
Veronica B. Nannis, Esq., admitted *Pro Hac Vice*
Joseph, Greenwald & Laake
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
Phone:  (301) 220-2200
Fax:     (301) 220-1214
tmaloney@jgllaw.com

---

[1] Plaintiffs are also producing to the Court a hard-copy of Exhibit 39 in a sealed envelope in accordance with the terms of the Confidentiality Order.

/s/ Michael Paul Smith
Michael Paul Smith, Esq., admitted *Pro Hac Vice*
Melissa L. English, Esq., admitted *Pro Hac Vice*
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD  21204
Phone:  (410) 821-0070
Fax:     (410) 821-0071
mpsmith@sgs-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify this 7th day of February, 2017, that I served copies of the foregoing Motion to Seal Exhibit 39 to Plaintiffs' Motion for Class Certification and proposed Order via this Court's CM/ECF system to counsel of record for the parties.

/s/ Melissa L. English
Melissa L. English, Esq., admitted *Pro Hac Vice*